IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VIVIAN VANN,

    Petitioner,

v.                                      CASENO. 4:17cv444-RH/CAS

UNITED STATES OF AMERICA,

and

CRAIG E. COIL, Warden

    Respondents.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation ECF No. 10. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The motion to dismiss, ECF No. 8, is granted.

3. The clerk must enter judgment stating, "The petition for relief under 28 U.S.C. § 2241 is dismissed for lack of jurisdiction."

4. The clerk must close the file.

SO ORDERED on April 14, 2018.

>s/Robert L. Hinkle
>United States District Judge